```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
                                          :
STRUCTURAL MAINTENANCE & CONTRACTING      :
CO., INC., ET AL,                         :
                                          :
                    Plaintiffs,           :
                                          :
            v.                            :
                                          :
JAYCE ENTERPRISES, INC., ET AL,           :
                                          :
                    Defendants.           :
-----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/09

09 Cv. 8187 (BSJ)
**Order**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Defendant Howard Fine's deadline to answer the Summons and Complaint or otherwise move is hereby extended until November 13, 2009.

SO ORDERED:

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          October 20, 2009

1